UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JO A. ISRAELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:20-cv-11960-RGS |
| | ) |
| GREYHOUND LINES, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Massachusetts Federal Rules of Civil Procedure, the parties in the above-referenced matter hereby agree and stipulate that said action shall be dismissed with prejudice, each party bearing their own attorneys fees and costs and waiving all rights to appeal.

| The Plaintiff, | The Defendant, |
|---|---|
| JO A. ISRAELSON | GREYHOUND LINES, INC., |
| By her Attorneys, | By Its Attorneys, |
| KECHES LAW GROUP, P.C. | CAMPBELL CONROY & O'NEIL, P.C. |
| /s/ Charlotte E. Glinka | /s/ Brian P. Voke |
| Charlotte E. Glinka | Brian P. Voke (BBO #544327) |
| cglinka@kecheslaw.com | bvoke@campbell-trial-lawyers.com |
| 122 Dean Street | Joseph P. Mendes (BBO #691329) |
| Taunton, MA  02740 | jmendes@campbell-trial-lawyers.com |
| P: (508) 822-2000 | 1 Constitution Wharf, Suite 310 |
| F: (508) 822-8022 | Boston, MA 02129 |
| | P: (617) 241-3000 |
| | F: (617) 241-5115 |

## **CERTIFICATE OF SERVICE**

      On September 3, 2021, I, Brian P. Voke, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                      */s/ Brian P. Voke*_____
                      Brian P. Voke